UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1484


UNITED STATES OF AMERICA

v.

MICHAEL MILCHIN,
                                        Appellant

(D.C. No. 2:17-cr-00284-001)

Present: JORDAN[*], HARDIMAN, and PORTER, Circuit Judges

1. Motion by Petitioner to publish opinion dated 10/11/2024

2. Response filed by Appellant Michael Milchin to Government's Motion to
   Designate Panel Opinion

_____ORDER_____

        The foregoing motion is GRANTED. Accordingly, the Court's nonprecedential opinion in this matter filed on October 8, 2024 will be vacated. The Clerk is directed to refile the opinion as precedential. The filing date of the judgment is not changed.

                                        By the Court,

                                        s/David J. Porter
                                        Circuit Judge


Dated:          February 5, 2025

CND/cc:         Michael Milchin
                All Counsel of Record

---

[*] Judge Jordan retired from the Court on January 15, 2025. Judge Jordan participated in the decision to redesignate the opinion but retired prior to the refiling of the opinion.